UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Mark David, A Div. Of Baker v. US
2015-1276, 1287

**Entry of Appearance**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

___Pro Se  _X_ As counsel for:  American Furniture Manufacturers Committee for Legal Trade and Vaughan-Bassett Furniture Company, Inc.

I am, or the party I represent is:  Defendants-Appellees

As amicus curiae or intervenor, this party supports (select one):
    ____Petitioner or appellant         ____Respondent or appellee

My address and telephone are:
    Name:                  J. Michael Taylor
    Law firm:              King & Spalding LLP
    Address:               1700 Pennsylvania Avenue, NW
    City, State and Zip:   Washington, DC 20006
    Telephone:             (202) 626-2385
    Fax #:                 (202) 626-3737
    E-mail address:        jmtaylor@kslaw.com

Statement to be completed by counsel only (select one):
    _X_   I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

    ____ I am replacing ____ as the principal attorney who will/will not remain on the case. [Government attorneys only].

    ____ I am not the principal attorney for this party in this case.

Date admitted to the Federal Circuit bar (counsel only):  8/5/2002

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
    ____Yes     _X_ No
____ A courtroom accessible to the handicapped is required if oral argument is scheduled.

January 30, 2015                    */s/ J. Michael Taylor*
Date                                J. Michael Taylor

24886361

**Mark David, A Div. Of Baker v. United States**
**CAFC Appeal No. 2015-1276, 1287**

## CERTIFICATE OF SERVICE

This is to certify that I have on this 2nd day of February, 2015 caused copies of the foregoing **ENTRY OF APPEARANCE** to be served upon the following parties as follows:

### VIA CM/ECF:

Douglas Glenn Edelschick
**Department of Justice**
Commercial Litigation Branch, Civil Division
PO Box 480
Ben Franklin Station
Washington, DC 20044
douglas.edelschick@usdoj.gov

Alexander Schaefer
**Crowell & Moring, LLP**
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595
aschaefer@crowell.com

Peter J. Koenig
**Squire Sanders (US) LLP**  (VIA Email)
1200 19th Street, NW
Suite 300
Washington, DC 20036
Peter.Koenig@squiresanders.com

 */s/ J. Michael Taylor*
J. Michael Taylor
**King & Spalding LLP**
1700 Pennsylvania Avenue, NW
Washington, DC 20006